LITTLEFIELD STOVE COMPANY, Appellant, *v.* THE CITY OF ALBANY, Respondent.

*Littlefield Stove Co.* v. *City of Albany*, 145 App. Div. 951, affirmed.

(Argued December 11, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 28, 1911, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover damages alleged to have been caused by the overflow of water from a public sewer through the negligence of defendant.

*John A. Delehanty* for appellant.

*Arthur L. Andrews* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.